# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | |
|---|---|
| **DANIEL M. BURKE,** | )<br>) |
| Plaintiff, | ) Case No. 2:17CV00026<br>) |
| v. | ) **ORDER**<br>) |
| **NANCY A. BERRYHILL,**<br>**ACTING COMMISSIONER**<br>**OF SOCIAL SECURITY,** | ) By: James P. Jones<br>) United States District Judge<br>)<br>) |
| Defendant. | |

It appearing that no objections have been timely filed to the Report filed March 20, 2019, setting forth the findings and recommendations of the magistrate judge, it is **ADJUDGED AND ORDERED** as follows:

1. The Report and its findings and recommendations are wholly ACCEPTED and APPROVED;

2. The motions for summary judgment by the parties are DENIED;

3. The final decision of the Acting Commissioner of Social Security is VACATED and this action is REMANDED to the Acting Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further consideration in accord with the Report; and

4. The clerk will close this case.

ENTER: April 30, 2019

/s/ James P. Jones
United States District Judge